**Fill in this information to identify your case and this filing:**

Debtor 1: **Burt** **Lee** **Burnett**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **17-42678-11**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**24 Winged Foot Circle, Abilene, TX 79606**

**Taylor**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $550,000.00

**Current value of the portion you own?** $550,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Homestead

☐ Check if this is community property (see instructions)

Debtor 1 **Burt Lee Burnett**      Case number (if known) **17-42678-11**

---

**1.2.**

**214 CR 227, Sweetwater, TX 79556 2.999 acres of land which also has mobile home sitting on it. Value listed is for the land and the mobile home**

**Nolan**
County

| | |
|---|---|
| **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| ☐ Single-family home | |
| ☐ Duplex or multi-unit building | **Current value of the entire property?**    **Current value of the portion you own?** |
| ☐ Condominium or cooperative | |
| ☐ Manufactured or mobile home | $42,587.50      $42,587.50 |
| ☐ Land | |
| ☐ Investment property | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| ☐ Timeshare | |
| ☐ Other _____ | |
| **Who has an interest in the property?** Check one. | **Real Estate** |
| ☒ Debtor 1 only | ☐ **Check if this is community property** (see instructions) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | |
| ☐ At least one of the debtors and another | |

**Other information you wish to add about this item, such as local property identification number:** _____

---

**1.3.**

**408 W Texas Avenue,**
Street address, if available, or other description

**Sweetwater    TX    79556**
City      State    ZIP Code

**Nolan**
County

**408 W Texas Ave, Sweetwater, TX 79556**

| | |
|---|---|
| **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| ☐ Single-family home | |
| ☐ Duplex or multi-unit building | **Current value of the entire property?**    **Current value of the portion you own?** |
| ☐ Condominium or cooperative | |
| ☐ Manufactured or mobile home | $55,000.00      $55,000.00 |
| ☐ Land | |
| ☐ Investment property | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| ☐ Timeshare | |
| ☐ Other _____ | |
| **Who has an interest in the property?** Check one. | **Real Estate** |
| ☒ Debtor 1 only | ☐ **Check if this is community property** (see instructions) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | |
| ☐ At least one of the debtors and another | |

**Other information you wish to add about this item, such as local property identification number:** _____

---

| Debtor 1 | **Burt Lee Burnett** | Case number (if known) | **17-42678-11** |
|---|---|---|---|

**1.4.**
**342 Cedar Street, Abilene, TX 79601**

**Taylor**
County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other **Commercial Building**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**
$625,000.00  $625,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Estate**

☒ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

**1.5.**
**299.642 ACRES OF LAND OUT OF THE GEORGE W. MORGAN SURVEY NO. 295 AND THE THOMAS J. MORGAN SURVEY NO. 233, NOLAN AND FISHER COUNTIES, TEXAS**
**The value includes Debtor's mineral interest.**

County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**
$599,284.00  $599,284.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Estate**

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

Debtor 1 __**Burt Lee Burnett**_____ Case number (if known) __17-42678-11_____

### 1.6.

**326 Acres - ALL OF SERVEY NUMBER TWO HUNDRED THIRTY FOUR PATENTED NOVER 20, 1867 TO J W. PARNES BY PATENT NO. 158, VOL NO. 37, SAID SERVEY ALSO KNOWN AS THE J. J. KING SERVEY, IN FISHER AND NOLAN COUNTIES, TEXAS**

**326 ACRES**
**The value includes Debtor's imineral interest.**

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $652,000.00

**Current value of the portion you own?** $652,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Estate**

☐ **Check if this is community property** (see instructions)

### 1.7.

**2.17 ACRES - BEING THE NORTH THIRTY-SIX ACRES (N/36 AC) OF THE R. WHITEHEAD SERVEY NUMBER 296, LOCATED IN NOLAN COUNTY, TEXAS SAID N/36 ACRES BEING DESCRIBED AS ALL THAT PART OF THE SAID R. WHITEHEAD SERVEY NUMBER 296 WHICH ADJOINS AND LIES NORTH OF THE RIGHT OF WAY OF THE TEXAS & PACIFIC RAILWAY COMPANY.**

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $4,340.00

**Current value of the portion you own?** $4,340.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Estate**

☐ **Check if this is community property** (see instructions)

Debtor 1  **Burt Lee Burnett** _____  Case number (if known) **17-42678-11**

---

1.8.

**196.568 ACRES OF LAND OUT OF THE THOMAS J. MORGAN SERVEY 233 AND THE GEORGE W. MORGAN SERVEY 295, LOCATED IN FISHER AND NOLAN COUNTIES, TEXAS**
**The value includes Debtor's imineral interest.**

_____
County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**$393,136.00**                                  **$393,136.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Estate** _____

☐ **Check if this is community property**
  (see instructions)

---

1.9.

**45.93 ACRES OF LAND OF THE DANIEL MCGEE SERVEY 298, NOLAN COUNTY, TEXAS with House attached**
**The value includes Debtor's imineral interest.**

**Nolan**
County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**$57,412.50**                                   **$57,412.50**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Estate** _____

☐ **Check if this is community property**
  (see instructions)

---

Debtor 1 **Burt Lee Burnett**     Case number (if known) **17-42678-11**

### 1.10.

**Undivided 1/2 interest in 60 acres in Jones County (The value listed is Debtor's half interest on the 60 acres.) The value includes Debtor's imineral interest.**

**Jones**
County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $165,000.00 | $165,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Estate**

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

### 1.11.

**Undivided 1/2 interest in 100 acres in Fisher County Texas
The value includes Debtor's imineral interest.**

**Fisher**
County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $125,000.00 | $125,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Estate**

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

Debtor 1 **Burt Lee Burnett**      Case number (if known) **17-42678-11**

| | | |
|---|---|---|
| 1.12.<br>**3.42 Acres with a house in Nolan County Texas**<br><br>**Nolan**<br>County | **What is the property?**<br>Check all that apply.<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____<br><br>**Who has an interest in the property?**<br>Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br><br>**Other information you wish to add about this item, such as local property identification number:** _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**    **Current value of the portion you own?**<br>    **$135,000.00**          **$135,000.00**<br><br>**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**<br><br>**Real Estate**<br><br>☑ **Check if this is community property**<br>(see instructions) |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................** ➔    **$3,403,760.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

| | | |
|---|---|---|
| 3.1.<br>Make: **Dodge**<br>Model: **Ram 2500**<br>Year: **2014**<br>Approximate mileage: **64,000**<br>Other information:<br>**2014 Dodge Ram 2500 (approx. 64000 miles)** | **Who has an interest in the property?**<br>Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br><br>☑ **Check if this is community property**<br>(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**    **Current value of the portion you own?**<br>   **$36,875.00**        **$36,875.00** |
| 3.2.<br>Make: **Dodge**<br>Model: **Ram Dually**<br>Year: **2015**<br>Approximate mileage: **40,000**<br>Other information:<br>**2015 Dodge Ram Dually (approx. 40000 miles)** | **Who has an interest in the property?**<br>Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br><br>☑ **Check if this is community property**<br>(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**    **Current value of the portion you own?**<br>   **$65,000.00**        **$65,000.00** |

Debtor 1    **Burt Lee Burnett**                                        Case number (if known)   **17-42678-11**

| 3.3. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| Make: | **Dodge** | ☐ Debtor 1 only | | |
| Model: | **Ram 2500** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2012** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **100,000** | ☒ At least one of the debtors and another | **$25,975.00** | **$25,975.00** |
| Other information:<br>**2012 Dodge Ram 2500 (approx. 100000 miles)** | | ☒ Check if this is community property<br>(see instructions) | | |

| 3.4. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| Make: | **Cadillac** | ☐ Debtor 1 only | | |
| Model: | **Escalade** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2016** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **45,000** | ☒ At least one of the debtors and another | **$60,375.00** | **$60,375.00** |
| Other information:<br>**2016 Cadillac Escalade (approx. 45000 miles)** | | ☒ Check if this is community property<br>(see instructions) | | |

| 3.5. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| Make: | | ☐ Debtor 1 only | | |
| Model: | | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☒ At least one of the debtors and another | **$25,000.00** | **$25,000.00** |
| Other information:<br>**30 foot aluminum goose neck trailer** | | ☒ Check if this is community property<br>(see instructions) | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................... → **$213,225.00**

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe..... **Couch, Love seat, Table w/6 chairs, Couch, Reclyner, King Bed, Dresser, Entertainment Center, Queen Bed, Dresser, Queen Bed, Dresser, Desk, Queen Bed, Dresser, Desk, Washer, Dryer, Stove, Refrigerator, Microwave**    **$12,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe..... **Computer, Printer/Scanner/Fax combo, (4) Televisions (TVs are 5 years old or older)**    **$1,300.00**

Debtor 1   **Burt Lee Burnett**                                   Case number (if known)   **17-42678-11**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☑ Yes. Describe..... **Golf Clubs and Golf Cart**                                              $1,500.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..... **Debtor's Clothing $500.00**                                             $1,100.00
                         **Spouse's Clothing $300.00**
                         **Dependent's Clothing $300.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe..... **Wedding Rings $2500.00, (2) watches $300.00, assorted jewelry $500.00**   $3,300.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe..... **Family Dog - Nominal Value**                                             $1.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.** →                                              **$19,701.00**

### Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☑ No
    ☐ Yes............................................................................................ Cash: ..................

Debtor 1 **Burt Lee Burnett**                        Case number (if known) **17-42678-11**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................ Institution name:

| | | | |
|---|---|---|---:|
| 17.1. | Checking account: | **Checking account with Citizens Bank** | **$28.68** |
| 17.2. | Checking account: | **Checking account with Coleman County State Bank** | **$125.12** |
| 17.3. | Other financial account: | **Edward Jones Money Market Account** | **$120.62** |
| 17.4. | Other financial account: | **LIRP Account with Hartford Leaders Legacy VUL - permanent life - value listed is cash value** | **$1,010.95** |
| 17.5. | Other financial account: | **Two 529 accounts with Edward Jones $2,208.70** | **$4,417.40** |
| 17.6. | Other financial account: | **eTrade account** | **$0.04** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.........................

| Name of entity: | % of ownership: | |
|---|---|---:|
| **Lucrative Living Legacy, LLC - dormant - no operations and no assets** | | **$0.00** |
| **Corporate Pay Solutions, LLC - dormant - no operations and no assets** | | **$0.00** |
| **Team Burnett Cattle Company, LLC - the assets of this business consisit of 40 limousine registered cattle $140,000.00, 30 show steer cows $75,000.00, 2 silver charolais cows $60,000.00, 2012 John Deere 6115D Tractor $40,000.00, checking account at Coleman County State Bank and First Bank Texas and checking account at BBVA, miscellaneous equipment $7,500.00** | **100%** | **$322,500.00** |
| **The Burnett Law Firm, PLLC- Assets of the business consist of office furniture and equipment, Coleman County State Bank operating account and IOLTA account, First Bank Texas operating account and IOLTA account, BBVA Compass Bank operating account and IOLTA account and possible legal fees and expenses.** | | **Unknown** |
| **Aerial Vision Technology Inc.** | | **Unknown** |
| **School Kids Nutrition Consultants Inc.** | | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.......................... Issuer name:

Debtor 1  **Burt Lee Burnett**    Case number (if known) **17-42678-11**

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.   Type of account:   Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................   Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☐ No
☑ Yes............................   Issuer name and description:

**Allstate Intl. Assignments Ltd. - structured settlement payment of $10,563.35/month for 30 years**  $10,563.35

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**   **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

Debtor 1  **Burt Lee Burnett**    Case number (if known) **17-42678-11**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value..............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Hartford Life and Annuity Insurance Company - Variable Life Insurance $ | Estate of Burt Burnett | $0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
☒ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes. Describe each claim........ **See continuation page(s).**    $0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................. → **$338,766.16**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Debtor 1 **Burt Lee Burnett**   Case number (if known) **17-42678-11**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:   % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe.....

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................. →   **$0.00**

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

Debtor 1  **Burt Lee Burnett**   Case number (if known) **17-42678-11**

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here................................................................................. ➔ **$0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information.

**Season ticket holder and option holder - 2017/2018 season tickets have not been purchased**   **Unknown**

**54.** Add the dollar value of all of your entries from Part 7. Write that number here............................. ➔ **$0.00**

## Part 8: List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2**................................................................................................. ➔ **$3,403,760.00**

**56. Part 2: Total vehicles, line 5**  **$213,225.00**

**57. Part 3: Total personal and household items, line 15**  **$19,701.00**

**58. Part 4: Total financial assets, line 36**  **$338,766.16**

**59. Part 5: Total business-related property, line 45**  **$0.00**

**60. Part 6: Total farm- and fishing-related property, line 52**  **$0.00**

**61. Part 7: Total other property not listed, line 54**  + **$0.00**

**62. Total personal property.** Add lines 56 through 61...................  **$571,692.16**  Copy personal property total ➔ + **$571,692.16**

**63. Total of all property on Schedule A/B.** Add line 55 + line 62............................................................  **$3,975,452.16**

| Debtor 1 | **Burt Lee Burnett** | Case number (if known) | **17-42678-11** |

**33. Claims against third parties (details):**

**Pending Causes of Action:**         **Unknown**

**Burt L. Burnett vs. Mandola Bros, III, LLC dba Ragin Cajun Restaurants and Robert V. Hyatt, IV - claim for violation of federal and state collection practices, fraud, etc.**

**Burt Burnett v. Mike Barker, et al. - claim pending in the First County Court at Law, Nolan County Texas - claim for breach of contract, fraud and conversion**

**Possible Causes of Action:**         **Unknown**

**Claim against Majd Ghanayem for Breach of fiduciary duty, conversion and fraud - Mr. Ghanayem was an employ at Debtor's law firm and was stealing clients and money.**

**Claim against Greg Allen - Ketterman Rowland & Westlund and State Bar. Mr. Allen was on the panel that supended the Debtor from practicing law. However, Mr. Allen failed to disclose that he was working for a direct competitor of Debtor's law firm.**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Burt** First Name | **Lee** Middle Name | **Burnett** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-42678-11** | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt   04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of  *Part 2: Additional Page*  as necessary.  On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **24 Winged Foot Circle, Abilene, TX 79606**<br>Line from *Schedule A/B*: **1.1** | $550,000.00 | ☑ $236,115.87<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2014 Dodge Ram 2500 (approx. 64000 miles)**<br>Line from *Schedule A/B*: **3.1** | $36,875.00 | ☑ $36,875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Official Form 106C                     Schedule C: The Property You Claim as Exempt                     page 1

Debtor 1   **Burt Lee Burnett**                                    Case number (if known)  **17-42678-11**

**Part 2:**   **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2015 Dodge Ram Dually (approx. 40000 miles)**<br>Line from *Schedule A/B*: **3.2** | $65,000.00 | ☑ $44,153.07<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>**2016 Cadillac Escalade (approx. 45000 miles)**<br>Line from *Schedule A/B*: **3.4** | $60,375.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>**Couch, Love seat, Table w/6 chairs, Couch, Reclyner, King Bed, Dresser, Entertainment Center, Queen Bed, Dresser, Queen Bed, Dresser, Desk, Queen Bed, Dresser, Desk, Washer, Dryer, Stove, Refrigerator, Microwave**<br>Line from *Schedule A/B*: **6** | $12,500.00 | ☑ $12,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Computer, Printer/Scanner/Fax combo, (4) Televisions (TVs are 5 years old or older)**<br>Line from *Schedule A/B*: **7** | $1,300.00 | ☑ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Golf Clubs and Golf Cart**<br>Line from *Schedule A/B*: **9** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**Debtor's Clothing $500.00**<br>**Spouse's Clothing $300.00**<br>**Dependent's Clothing $300.00**<br>Line from *Schedule A/B*: **11** | $1,100.00 | ☑ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Wedding Rings $2500.00, (2) watches $300.00, assorted jewelry $500.00**<br>Line from *Schedule A/B*: **12** | $3,300.00 | ☑ $2,571.93<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>**Family Dog - Nominal Value**<br>Line from *Schedule A/B*: **13** | $1.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |

Debtor 1  **Burt Lee Burnett**　　　　　　　　　　　　　　　Case number (if known)　**17-42678-11**

**Part 2:　Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Allstate Intl. Assignments Ltd. - structured settlement payment of $10,563.35/month for 30 years**<br>Line from *Schedule A/B*:　**23** | $10,563.35 | ☑ $10,563.35<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |