

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 12, 2018

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Case No. 17-42678-rfn-7 |
| BURT LEE BURNETT, | § § | No Hearing Date Requested. |
| DEBTOR. | § § § | |

## ORDER APPROVING TRUSTEE'S NOTICE OF INTENT TO ABANDON PERSONAL PROPERTY LOCATED AT
## <u>408 W. TEXAS AVENUE, SWEETWATER, TX</u>

On this day, the Court considered the **Trustee's Notice of Intent to Abandon Personal Property Located at 408 W. Texas Avenue, Sweetwater, TX** (the "Notice") [Docket No. 131] filed by John Dee Spicer, Chapter 7 Trustee (the "Trustee") in the above-captioned case on December 22, 2017.  The Court finds that proper notice was given to the U.S. Trustee, all creditors, and all other parties-in-interest, that no objections were filed or served upon counsel for the Trustee, and that the Personal Property, as defined in the Notice, is burdensome to this estate and is of inconsequential value and benefit to this estate. It is, therefore,

**Order Approving Trustee's Notice of Intent to Abandon Personal Property Located at 408 W. Texas Ave., Sweetwater, TX**

Page 1 of 2

**ORDERED**, that the abandonment is **APPROVED** under 11 U.S.C. § 554(a); and it is further,

**ORDERED**, that the estate's interest in the Personal Property is hereby abandoned.

### ### END OF ORDER ###

Order drafted by:

John Dee Spicer
State Bar No. 18930500
Anne Elizabeth Burns
State Bar No. 24060832
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7343
Fax: (214) 573-7399
Email: aburns@chfirm.com

Attorneys for John Dee Spicer,
Chapter 7 Trustee

**Order Approving Trustee's Notice of Intent to Abandon Personal Property**
**Located at 408 W. Texas Ave., Sweetwater, TX**

**Page 2 of 2**