Areya Holder Aurzada
State Bar No. 24002303
Sabrina Johnson Craig
State Bar No. 24082354
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
(972) 438-8800 – Telephone
Email: areya@holderlawpc.com

COUNSEL FOR BURT LEE BURNETT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| BURT LEE BURNETT § | CASE NO. 17-42678-RFN-7 | |
| § | | |
| Debtor § | Chapter 7 | |
| § | | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Holder Law ("Holder Law" or the "Firm"), and files this Motion to Withdraw as Counsel and in support thereof would respectfully show the Court as follows:

1. On June 30, 2017, (the "Petition Date"), Burt Lee Burnett (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On July 28, 2017, Debtor filed his Original Schedules and Statement of Financial Affairs.

3. On September 7, 2017, an Order was entered converting Debtor's case to Chapter 7.

4. John Dee Spicer was appointed as the Chapter 7 Trustee in Debtor's bankruptcy case and continues to serve in that capacity.

5. On March 12, 2018, the United States Trustee filed a Complaint Objecting to the Debtor's Discharge, Adversary Proceeding No. 18-04091.

6. On March 12, Nancy Vaughn Edwards, Darlene Vaughn King and James Buster King, Jr. filed a Complaint objecting to the Dischargeability of Debts, Adversary Proceeding No. 18-04092.

7. To date, the Firm has been unable to determine how the Debtor would like to proceed with respect to these two lawsuits. In addition, the Firm is struggling with communication from the Debtor in general. With respect to the two lawsuits, the Firm has sent correspondence on numerous occasions requesting direction and communication on how to proceed. However, the Firm has not received instruction with how to proceed.

8. Without regular and consistent communication and direction, the Firm cannot properly represent the Debtor.

9. The Firm has not yet been retained by the Debtor to represent him in these two adversary proceedings, but the Firm is concerned and is actively seeking to protect the Debtor's interests.

10. For these reasons, the Firm respectfully requests permission to withdraw as counsel in the bankruptcy case.

11. In order to avoid any prejudice to the Debtor, the Firm requests the Court order the extension of all deadlines pending in the underlying bankruptcy case and the two adversary proceedings for at least 30 days from the entry of the Order. An extension of deadlines will afford the Debtor additional time to determine if he wishes to hire other counsel or proceed in these matters pro se.

12. Prior to the filing of this Motion, the Firm reached out to the Debtor regarding the impending Motion to Withdraw, and the Firm has not received a response from the

Debtor. In accordance with the Local Bankruptcy Rules for the Northern District of Texas, Debtor may be contacted at the following address and telephone number:

> Burt Burnett
> P.O. Box 1521
> Abilene, TX 79601
> 325-320-4731

13. In addition, Holder Law has contacted Dick Harris and Erin Schmidt, counsel for the Plaintiffs in the two adversary proceedings regarding the relief requested. Mr. Harris is unopposed to the Motion to Withdraw and has agreed to extend the Answer deadline for Adversary Proceeding No. 18-04092 to April 30, 2018. The position of Ms. Schmidt is not yet known.

WHEREFORE, PREMISES CONSIDERED, Holder Law prays this Court issue an Order granting the request to withdraw as counsel for the Debtor and extending all deadlines in the bankruptcy case and related adversary proceedings for 30 days from the entry of the Order of Withdrawal and for such other and further relief as may be just.

April 5, 2018                                       Respectfully submitted,

                                        By:    */s/Areya Holder Aurzada*
                                               Areya Holder Aurzada
                                               State Bar No. 24002303
                                               Sabrina Johnson Craig
                                               State Bar No. 24082354

                                               HOLDER LAW
                                               901 Main Street, Suite 5320
                                               Dallas, TX 75202
                                               (972) 438-8800 – Telephone
                                               Email: areya@holderlawpc.com

**CERTIFICATE OF CONFERENCE**

This is to certify that I, the undersigned, conferred as set forth above regarding the filing of this Motion to Withdraw.

*/s/ Areya Holder Aurzada*
Areya Holder Aurzada

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on April 5, 2018, by United States first class mail, postage prepaid on:

Burt Lee Burnett
PO Box 1521
Abilene, TX 79601

Scott Cummings on behalf of Plaintiff First Bank Texas
Adams Lynch & Loftin, P.C.
3950 Highway 360
Grapevine, TX 76051

Terry L Daley
2309 Quail Hollow Dr.
Bryan, TX 77802

Benedict V. James on behalf of Creditor Ghanayem & Rayasom, LLC, Jerry Tarr, Judy Montoya, Musa Ghanayem, Nicholas Barton, Omar Thompson, Ravi Rayasam, Veronica Harvey
Sandoval James, PLLC
11130 Jollyville Rd., Ste. 100
Austin, TX 78759

Munsch Hardt Kopf & Harr, P.C. on behalf of
Defendant Coleman County State Bank
500 North Akard St., Ste 3800
Dallas, TX 75201-6659

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**and by ELECTRONIC FILING on:**

Peri Hayriye Alkas on behalf of Creditor Massachusetts Bay Insurance Company
peri.alkas@phelps.com

Michael Chad Berry on behalf of Creditor First Bank Texas, ssb
cberry@all-lawfirm.com, allbknotices@gmail.com

Anne Elizabeth Burns on behalf of Trustee John Dee Spicer
aburns@chfirm.com, chps.ecfnotices@gmail.com

Eboney D. Cobb on behalf of Creditor City of Sweetwater, Nolan County, Sweetwater ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Kelly Gill on behalf of Creditor Joseph E. Taylor
kgill@mcmahonlawtx.com, tyoung@mss.law

Charles Dick Harris on behalf of Creditor Joseph E. Taylor, Nancy Vaughn Edwards, et al
dharris_law_firm@swbell.net

Anna Jeannette Hart on behalf of Creditor Ghanayem & Rayasom, LLC, Jerry Tarr, Judy Montoya, Musa Ghanayem, Nicholas Barton, Omar Thompson, Ravi Rayasam, Veronica Harvey
anna.hart@sj-lawfirm.com

Gregory S. Hudson on behalf of Interested Party Kinsale Insurance Company
ghudson@cozen.com, npinckard@cozen.com

Stacy B. Loftin on behalf of Creditor First Bank Texas, ssb
sbl@all-lawfirm.com, allbknotices@gmail.com

Allison Jayne Maynard on behalf of Creditor BANK OF AMERICA, N.A
allison.maynard@wilsonelser.com, jessica.longobardi@wilsonelser.com

Mark A. Nacol on behalf of Creditor Aylois Cook
mnacol@nacollawfirm.com, cindyp@nacollawfirm.com

Deborah M. Perry on behalf of Defendant Coleman County State Bank, Defendant c/o Michael Lee Deutsche Bank Trust Company Delaware
dperry@munsch.com

Deborah M. Perry on behalf of Plaintiff First Bank Texas, First Bank Texas, ssb
dperry@munsch.com

Erin Marie Schmidt on behalf of U.S. Trustee United States Trustee
ustpregion06.da.ecf@usdoj.gov, erin.schmidt2@usdoj.gov

Louis A. Shaff on behalf of Creditor Deborah Morgan, Robert Morgan, Samantha Morgan, Stephen Morgan
louis@psmclaw.com, sonya@psmclaw.com

John Dee Spicer
jds.ch7trusteedocs@sbcglobal.net, TX44@ecfcbis.com;jdspicer@ecf.epiqsystems.com;jds@trustesolutions.net

John Dee Spicer on behalf of Trustee John Dee Spicer
jdspicer@chfirm.com, chps.ecfnotices@gmail.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

          By: <u>*/s/ Areya Holder Aurzada*</u>
            Areya Holder Aurzada