

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed June 7, 2018**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Burt Lee Burnett, | § § | Case No. 17-42678-RFN-7 |
| Debtor. | § | |

_____

| | | |
|---|---|---|
| William T. Neary, United States Trustee, | § § § § | |
| Plaintiff, | § § | Adversary No. 18-4091-RFN |
| v. | § § | |
| Burt Lee Burnett, | § § | Hon. Russell F. Nelms |
| Defendant. | § § | |

### DEFAULT JUDGMENT

Came before this Court for hearing on June 5, 2018, the United States Trustee's *Motion for Default Judgment* [docket no. 7] brought by the United States Trustee ("Plaintiff") against Burt Lee Burnett ("Defendant").

The Court finds that it has jurisdiction in this adversary proceeding under 28 U.S.C. §§ 157 and 1334; that this is a core proceeding as set forth under 28 U.S.C. § 157(b)(2)(J); that venue is proper under 28 U.S.C. § 1409; that summons was duly issued and served upon Defendant Burt Lee Burnett; that proof of service (summons service executed) was duly signed and filed in this case; that Defendant's answer date has passed; that no answer, motion, pleading, response or other appearance has been entered by or on behalf of Defendant; that Defendant is in default and has therefore admitted all material allegations of the Complaint; that the Clerk has entered a default on the docket; that Plaintiff's motion for default judgment is in due form; that Plaintiff filed notice of this hearing as required by the Court's rules; and that Plaintiff is entitled to a default judgment as set forth below. The Court further finds that based on the evidence presented at hearing and for the reasons stated by the Court on the record, it is therefore

ORDERED, ADJUDGED, AND DECREED that the discharge of Burt Lee Burnett in his Chapter 7 bankruptcy case, *In re Burt Lee Burnett*, case no. 17-42678-RFN-7, is DENIED in accordance with 11 U.S.C. §§ 727(a)(2), 727(a)(3), 727(a)(4)(A), and 727(a)(5).

## End of Order ##

Form of Order Prepared By:

Erin Marie Schmidt
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
Erin.Schmidt2@usdoj.gov
(214) 767-1075