


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 4, 2019**

**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-42678 |
| **Burt Lee Burnett** | § | |
| | § | |
| Debtor, | § | Chapter 7 |
| | § | |
| **Chalet Properties III, LLC** | § | |
| Movant, | § | Hearing Date: April 3, 2019 |
| | § | Hearing Time: 9:30AM |
| **Burt Lee Burnett** | § | |
| | § | |
| Respondent. | § | |

### ORDER GRANTING MOTION FOR RELIEF
### FROM AUTOMATIC STAY

On this day came on for consideration the Motion for Relief from Automatic Stay filed by Chalet Properties III, LLC ("Movant") and it appears to the Court that proper notice to interested parties has been given under law, including the local Bankruptcy Rules, and that

Respondent-Debtor, although timely and properly served as required by Local Bankruptcy Rules, failed to appear, file an affidavit, answer or request for a hearing. Further, the Court finds that no other interested party has filed an objection to this motion or appeared in opposition thereto. Accordingly, the Court has determined that there has been no proper opposition to Movant's Motion, and therefore, it is ORDERED that:

The automatic stay of Section 362 of the Bankruptcy Code is hereby terminated with respect to 24 Winged Foot West, Abilene, TX 79606 for purposes of permitting Movant to proceed with foreclosure proceedings on such property as more specifically described as follows:

LOT 7, BLOCK H, THE FAIRWAYS ADDITION TO THE CITY OF ABILENE, TAYLOR COUNTY, TEXAS, AS SHOWN BY PLAT RECORDED IN PLAT CABINET 2, SLIDE 294-C, PLAT RECORDS, TAYLOR COUNTY, TEXAS, SAVE AND EXCEPT 239.63 SQUARE FEET OUT OF THE WEST PART, AS RECORDED IN VOLUEM 1927, PAGE 922, OFFICIAL PUBLIC RECORDS, TAYLOR COUNTY, TEXAS.

IT IS FURTHER ORDERED that Movant, its successors in interest and/or assigns, is authorized to pursue its statutory and contractual rights and remedies, including to foreclose on and repossess the Property, pursuant to applicable non-bankruptcy law;

IT IS FURTHER ORDERED that upon termination of the stay Movant, its successors in interest and/or assigns, shall not be required to file any subsequent Notices of Mortgage Payment Change or Notices of Fees, Expenses of Charges, as to the Property;

IT IS FURTHER ORDERED that all communications including, notices required by state law, sent by Movant, its successors in interest and/or assigns, in connection with proceeding against the Property may be sent directly to the Debtor; and it is further

IT IS FURTHER ORDERED, that the requirement of Bankruptcy Rule 4001(a)(3) is hereby waived, making this order effective as of the date this order is signed and entered by the Court.

###END OF ORDER###

APPROVED AS TO FORM AND SUBSTANCE:

/S/ RICHARD E. ANDERSON
Richard E. Anderson
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Telephone: (214) 276-1545
Facsimile:   (214) 276-1546
**COUNSEL FOR MOVANT**